IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 MAY -6 PM 2: 48

ROBERT R. DI TROLIO
CLERK OF US. DIST. CT.
W.D. OF TN.-JACKSON

DAYTHAN HOUSER,

       Plaintiff,

v.                                                    No. 03-1227-B/P

CORRECTIONS CORPORATION OF
AMERICA, et al.,

       Defendants.

---

### ORDER OF REFERENCE

---

     The above matter is hereby referred to Magistrate Judge Tu Pham for all discovery and

non-dispositive motions presently pending and/or filed during the course of this litigation.

**IT IS SO ORDERED** this ⎯6⎯ day of May, 2005.

                      J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___05-09-05___

(34)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:03-CV-01227 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

Terry Williams
LAW OFFICES OF TERRY WILLIAMS
206 S. Third
Delavan, WI 53115

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Honorable J. Breen
US DISTRICT COURT