UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **DAYTHAN HOUSER,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **CORRECTIONS CORPORATION OF AMERICA, et al.,** | **CASE NO: 1:03-1227-B** |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on July 5, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

July 6, 2005
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_____
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  07-11-05

(38)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:03-CV-01227 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry Williams
WILLIAMS LAW OFFICE
250 E. Wisconsin Ave.
Milwaukee, WI 53202--423

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable J. Breen
US DISTRICT COURT